IN THE UNITED STATES COURT DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Edwin J. Korczynski,** ) ) ) ) )  **Plaintiff** ) ) **v.** ) ) ) **Chicago Park District** ) ) ) **Defendant(s)** ) | No. 1:19−cv−00654  Hon. Robert Blakely |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Now Comes Edwin J. Korczynski, Plaintiff, by and through his attorney, Frank B. Ávila of Ávila Law Croup LLC, and files this notice of voluntary dismissal without prejudice to reinstate and with no award of fees or costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (West 2015), and based on the following:

1. On February 1, 2019, Defendant Removed the above-captioned case from the Circuit Court of Cook County, to the United States District Court for the Northern District of Illinois.

2. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a Plaintiff may voluntarily dismiss an action without a Court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

3. Fed. R. Civ. P. 41(a)(1)(B) provides that the dismissal is without prejudice.

4. In this Case, Defendant has neither filed an answer nor filed a motion for summary judgment.

Wherefore, Edwin J. Korczynski, Plaintiff, voluntarily dismisses this action without Prejudice to reinstate at a later date.

DATED: AUGUST 26, 2019

                                                    Respectfully Submitted

                                                   EDWIN J. KORCZYNSKI

                                                   By: s/ *FrankB. Avila*  
                                                   Ávila Law Croup, LLC  
                                                   Attorneys for Plaintiff  
                                                   6601 N. Avondale Avenue,  
                                                   Suite 201  
                                                   Chicago, IL 60631  
                                                   (773) 671-3480  
                                                   frankavilalaw@gmail.com