# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Edwin J Korczynski

                                        Plaintiff,

v.                                                            Case No.: 1:19−cv−00654
                                                                            Honorable John Robert Blakey

Chicago Park District

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2019:

       MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the notice of dismissal [36] this case is hereby dismissed without prejudice. All pending deadlines and hearings are stricken. Any pending motions are denied as moot. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.